UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Claremont Savings Bank

          v.                                    Civil No. 08-cv-297-JM

Jerry L. Rich


O R D E R


      I hereby recuse myself from this case.



      SO ORDERED.



August 28, 2008                          /s/James R. Muirhead
                                         James R. Muirhead
                                         United States Magistrate Judge


cc:    James G. Feleen, Esq.
       R. Matthew Cairns, Esq.